**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-01081-RPM

DANIEL PRICE

       Plaintiff,

v.

REASSURE AMERICA INSURANCE COMPANY, and
VALLEY FORGE LIFE INSURANCE COMPANY,

       Defendants.

_____

**ORDER GRANTING JOINT MOTION FOR DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal with Prejudice submitted by the parties, and the Court being fully apprised in the premises, it is hereby;

ORDERED that the above-styled cause of action be dismissed with prejudice, each side to pay his own costs and attorney's fees.

Dated this 16th day of July, 2008.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge